# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

NOTICE

April 16, 2014

James Clark Bookhout
Bryan Cave LLP
2200 Ross Ave
Ste 3300
Dallas, TX 75201

Attorney Admissions Record: 4:14−mc−00678

Dear Counsel:

A user account has been created in the U. S. District Court Electronic Case Filing System using the email you provided. You will receive electronic notice at this email address immediately.

Your user account login and password are:

CM/ECF District Login:      Bookhout2254975
CM/ECF District Password:   SDtx0416

All new accounts are issued a generic password, and you must change your password following the instructions found in the Attorney's User Guide at http://www.txs.uscourts.gov/attorneys/cmecf/Attorneys_User_Guide.pdf.

Each CM/ECF account is created for individual attorneys not for law firms. Attorneys should *not* share their CM/ECF user account logins or passwords with other attorneys. The attorney signature on documents must be the same as the attorney whose CM/ECF account is being used.

NOTE:   *Sealed or ex parte* pleadings should be filed under seal using an event listed under the **Sealed Events** category.

For more information or to access the Live District CM/ECF system, including the most recent version of the Administrative Procedures and available forms, go to http://www.txs.uscourts.gov.

United States District Court
Southern District of Texas
515 Rusk Street, Room 5300
Houston, TX 77002
Toll Free: 866−358−6201